

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0147

National Oilwell Varco, L.P.
    versus
Dual Trucking & Transport, LLC

TO:     Frederic Courtney Fondren
        628 Wood Street
        Houma, LA 70360

Cynthia Gatlin Sonnier  Esq.
100 East Vermilion Street
Suite 300
Lafayette, LA 70501

Meghan E. Trahan
100 E. Vermillion Street
Suite 300
Lafayette, LA 70501

Hon. Randall L. Bethancourt
7856 Main Street
Houma, LA 70360

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATIONAL OILWELL VARCO, L.P.

VERSUS

DUAL TRUCKING & TRANSPORT, LLC

NO. 2022 CW 0147

MAY 20, 2022

In Re: Dual Trucking & Transport, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 172051.

BEFORE: McDONALD, LANER, AND WOLFE, JJ.

**STAY DENIED; WRIT GRANTED.** An action is abandoned when the parties fail to take any step in its prosecution or defense in the district court for a period of three years. La. Code Civ. P. art. 561(A)(1). Abandonment is self-executing; it occurs automatically with the passing of three years without a step being taken by either party. See La. Code Civ. P. art. 561 (A)(1) and (3). The June 18, 2018 corporate deposition was the last step taken towards the prosecution of this matter. Thereafter, the special suspension ordered by the Louisiana Supreme Court following Hurricane Laura did not extend plaintiff's abandonment deadline. See La. Code Civ. P. art. 562(B). The action filed by plaintiff, National Oilwell Varco, L.P., abandoned on June 18, 2021, by operation of law. Accordingly, the December 21, 2021 order of the trial court that set aside the July 9, 2021 dismissal is hereby reversed and plaintiff's claims asserted against defendant, Dual Trucking & Transport, LLC, are dismissed without prejudice.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

a.S.

_____
DEPUTY CLERK OF COURT
FOR THE COURT